UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kristy Agre, an individual,

Plaintiff,

vs.

Birchwood Companies, Inc.; Woodland Elders, LLC; Woodbury Estates, a business of form unknown; Edgewood Management, Inc. Art Pena, an individual; and Does 1 through 10, inclusive,

Defendants.

Case Number: 02-25 ADM/AJB

ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED:

1. That Birchwood Companies, Inc. is dismissed without prejudice.

2. That the caption of this case read: *Kristy Agre v. Edgewood Management, Inc., Woodland Elders, LLC, d/b/a Woodbury Estates and Art Pena, an individual, and Does 1 through 10, inclusive.*

Dated: February 20, 2002.

Ann D. Montgomery
Judge of District Court

FILED 2-20-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kristy Agre, an individual,

Plaintiff,

Birchwood Companies, Inc.; Woodland Elders, LLC; Woodbury Estates, a business of form unknown; Edgewood Management, Inc. Art Pena, an individual; and Does 1 through 10, inclusive,

Defendants.

Case Number: 02-25 ADM/AJB

**STIPULATION TO DISMISS DEFENDANT BIRCHWOOD COMPANIES, INC., WITHOUT PREJUDICE**

---

The parties, through their respective counsel, stipulate and agree that Defendant Birchwood Companies, Inc., be dismissed without prejudice.

The caption of the case, after the dismissal described above, should read: *Kristy Agre v. Edgewood Management, Inc., Woodland Elders, LLC, d/b/a Woodbury Estates and Art Pena, an individual, and Does 1 through 10, inclusive.* The parties further agree the Court to issue an order pursuant to this stipulation.

Dated: 2-13-02

DOUGHERTY LAW

Michael J. Dougherty
1047 Avon Street North
St. Paul, Minnesota 55103
(651) 487-1246

ATTORNEY FOR PLAINTIFF

Dated: 2-13-02

JACKSON LEWIS SCHNITZLER & KRUPMAN

Shelly B. Martin

Thomas E. Marshall (#155597)
Shelly Martin (#287076)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANTS

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________