**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

KRISTY AGRE,

Civil No. 02-25 ADM/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

BIRCHWOOD COMPANIES, ET AL.,

Defendants.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by August 15, 2002.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before February 28, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. Plaintiff(s) shall disclose the identity on or before May 1, 2002, and shall disclose the experts' reports on or before July 1, 2002.

   b. Defendant(s) shall disclose the identity on or before June 1, 2002, and shall disclose the experts' reports on or before August 1, 2002.

4. No more than 35 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

5. No more than 5 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

FEB 20 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by February 28, 2002.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, August 15, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by October 10, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on January 1, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 2 expert witnesses. Anticipated length of trial is 3 days.

**Early Settlement Conference**

An early settlement conference is scheduled for March 1, 2002, at 9:00 a.m. before Magistrate Judge Arthur J. Boylan in chambers at Room 638, Federal Courts Building, 316 North Robert Street, St. Paul, MN. Counsel shall appear along with parties or persons having full settlement authority.

Dated: 2/19/02

Arthur J. Boylan
United States Magistrate Judge