UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kristy Agre, an individual,

Plaintiff,

vs.

Edgewood Management, Inc., Woodland Elders, LLC, d/b/a Woodbury Estates and Art Pena, an individual, and Does 1 through 10, inclusive,

Defendants.

Case Number: 02-25 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The parties to the above entitled matter, through their respective counsel, hereby stipulate and agree that this matter may be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

**SO STIPULATED:**

Dated: 3/26/02

JACKSON LEWIS SCHNITZLER & KRUPMAN

Thomas E. Marshall (#155597)
150 South Fifth Street, Suite 2800
150 Fifth Street Towers
Minneapolis, Minnesota 55402

Dated: 3-7-02

MICHAEL J DOUGHERTY
ATTORNEY AT LAW

Michael J. Dougherty (#228333)
1047 Avon Street North
St. Paul, Minnesota 55103



APR 0 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to Stipulation of the parties, it is hereby ordered that this action be dismissed with prejudice; each party is to bear its own attorney's fees, costs and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated this 1st day of April, 2002.

By [signature]
The Honorable Ann Montgomery
Judge of United States District Court